IT IS SO ORDERED.

Dated:  29 April, 2015 11:21 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

In Re:

**JOHN MADZELONKA**

Case No.  14-16360
Chapter   7

**JUDGE PRICE SMITH**

Debtors

### ORDER GRANTING DEBTOR'S AMENDED MOTION TO AVOID JUDICIAL LIEN OF CAPITAL ONE BANK (USA) NA

This matter came before the court on the amended motion to avoid judicial liens filed by debtor, docket #20. Movant has alleged that good cause for granting the motion exists and that the judicial lien holder(s), the chapter 7 trustee and all other necessary parties were served with the motion and with notice of the deadline to oppose the motion. No party filed a response or otherwise appeared in opposition to the motion, or all responses have been withdrawn or overruled. For these reasons it is appropriate to grant the relief requested.

IT IS THEREFORE ORDERED that the motion is granted.

IT IS THEREFORE ORDERED that the lien of Capital One Bank (USA) NA perfected as follows:

**JUDGMENT AMT: $8,075.30 RENDERED BY: BEREA MUNICIPAL COURT ORIGINATING CASE NO.: 14CVF00201 JUDGMENT LIEN CASE# JL14679219 CREDITOR: CAPITAL ONE BANK (USA) N.A DEBTOR: JOHN D MADZELONKA INTEREST AT: 3% INTEREST FROM DATE: 04/02/2014 COSTS: 148.00 JUDGMENT DATE: 04/17/2014 DOCKET (JOURNAL): 14 PAGE: 1105 TIME FILED: 05/19/2014 12:15:19 LIEN COST:20 PAID BY: CHEEK LAW OFFICES, LLC SERIAL NUMBER: ACCOUNT NUMBER:**

is avoided, subject to the debtor(s) successfully receiving a discharge in the chapter 7.

IT IS FURHTER ODERED that the filing of a certified copy of this order and certified copy of the chapter 7 order of discharge with the appropriate state or county office, together with the payment of any fees due, shall act as a release of and satisfaction of judicial lien(s) identified above.

###

Submitted by:

**BALENA LAW FIRM, LLC**

/s/William J. Balena
William J. Balena, Member   0019641
Attorney for Debtors
30400 Detroit Road, Suite 106
Westlake, OH 44145
(888) 633-5426
(866) 936-6113 - Fax
docket@ohbksource.com

**SERVICE LIST**

Richard D. Fairbank
President and CEO
Capital One Bank (USA) NA
15000 Capital One Drive
Richmond, VA  23238

Jackson T. Moyer
Attorney for Capital One Bank (USA) NA
471 East Broad Street
12th Floor
Columbus, OH 43215

John Madzelonka
27052 Valeside Lane
Olmsted Township, OH 44138

Waldemar Wojcik, Chapter 7 Trustee (Via ECF at wwojcik@wojciklpa.com)

William Balena, Attorney for Debtor (Via ECF at docket@ohbksource.com)